# EXHIBIT 1

| Registration Number | Song Title | Album Title |
|---|---|---|
| SR0000978079 | Armageddon Generation | ANH-0026 Legendary |
| SR0000956116 | Attack Formation | ES-0064 Epic Action: Fight To the Last Ship |
| SR0000840805 | Confident Epic Theme | EPIC THEMES |
| SR0000714958 | Mother Cloud | EMOTIVE PIANO SCORES |
| SR0000305812 | Nice Callards | CLASSIC ROCK - Geoff Whitehorn |
| SR0000761118 | No Man's Land | COURTS, RACETRACKS AND ARENAS VOL. 2 |
| SR0000840805 | Passionate Epic Theme | EPIC THEMES |
| SR0000290162 | Power Gear | Adrenaline |
| SR0000248178 | Rock Slide | ROCK CAFE USA - RICHARD GILKS |
| SR0000638924 | Samurai Sigh | FOCUS ON THE WORLD |
| SR0000248178 | Texas Twister | ROCK CAFE USA - RICHARD GILKS |
| SR0000960211 | Breackneck | CEZ-4271 STREET SPORTS |
| SR0000883354 | Hat Trick | LQC-0043 OVERDRIVE: HARD HITTING HYBRID TRAILERS |
| SR0000883354 | Hat Trick (No Melody Version) | LQC-0043 OVERDRIVE: HARD HITTING HYBRID TRAILERS |
| SR0000928484 | Jab Cross Hook - Main | POPM-0018 BLUNT FORCE TRAUMA |
| SR0000930963 | Living For Now | BTV-0267 Anthemic Indie |
| SR0000974293 | Mystical | GUM-7145 Indie Pop Vol 2 |
| SR00000963179 | Rhythmic Momentum | LEM-0282 Cinematic Percussion Volume 2 |
| SR0000178943 | Rockfunk 29 | SCD-0314 Rockbusters |
| SR0000967718 | Swag Rock | ROCK-0252 SWAG ROCK |
| SR0000970881 | Fearless Rock | KOS-0729 Rock Driver |