# EXHIBIT 2

| Video Title | Video URL | Title of Song Used | Title of Album | Registration Number | Responsible Defendant |
|---|---|---|---|---|---|
| As the 2022 Supercross series comes to its thrilling conclusion, the most dominant team in moto—Monster Energy® Yamaha Star Racing—caps off another incredible season with two fresh titles for the trophy case. #Yamaha #bLUcRU #victorYZone #SupercrossLive #DropTheGate | http://www.instagram.com/p/CdoTwEksT5R | Armageddon Generation | ANH-0026 Legendary | SR0000978079 | Yamaha |
| 2022 Yamaha Presents: Beyond the Gate Ep. 7 | https://www.youtube.com/watch?v=OY3wU6Md-9E | Armageddon Generation | ANH-0026 Legendary | SR0000978079 | Yamaha |
| 2022 Yamaha Presents: Beyond the Gate Ep. 7 | https://www.youtube.com/watch?v=OY3wU6Md-9E | Attack Formation (END) | Attack Formation (END) | SR0000956116 | Yamaha |
| As the 2022 Supercross series comes to its thrilling conclusion, the most dominant team in moto—Monster Energy® Yamaha Star Racing—caps off another incredible season with two fresh titles for the trophy case. #Yamaha #bLUcRU #victorYZone #SupercrossLive #DropTheGate | http://www.instagram.com/p/CdoTwEksT5R | Confident Epic Theme | EPIC THEMES | SR0000840805 | Yamaha |
| 2022 Yamaha Presents: Beyond the Gate Ep. 7 | https://www.youtube.com/watch?v=OY3wU6Md-9E | Confident Epic Theme | EPIC THEMES | SR0000840806 | Yamaha |
| Bow Hunting Firsts and Warm Weather Hunting | https://www.youtube.com/watch?v=V2eKww2eNpc | Mother Cloud | EMOTIVE PIANO SCORES | SR0000714958 | CarecoTV |
| Hunting in Montana for Whitetails | https://www.youtube.com/watch?v=kwNAXY1mfI8 | Mother Cloud | EMOTIVE PIANO SCORES | SR0000714959 | CarecoTV |
| A Special Handgun and a Drop Tine Whitetail Buck - 1606 | https://www.youtube.com/watch?v=-fOB1_eoxa8 | Mother Cloud | EMOTIVE PIANO SCORES | SR0000714960 | CarecoTV |
| Buck Fever and Sitting on a Bluff with a Legend | https://www.youtube.com/watch?v=tKn0Qyy943U | Mother Cloud | EMOTIVE PIANO SCORES | SR0000714961 | CarecoTV |
| Giant Whitetail On Opening Day - | https://www.youtube.com/watch?v=L_kY2jyv8YY | Mother Cloud | EMOTIVE PIANO SCORES | SR0000714962 | CarecoTV |
| Let's Deer Hunt | https://www.youtube.com/watch?v=FTfXZ7VpAVU | Mother Cloud | EMOTIVE PIANO SCORES | SR0000714963 | CarecoTV |
| A Texas Double - It Doesn't Get Much Better For Any Hunter - | https://www.youtube.com/watch?v=IokHsbY6GaY | Mother Cloud | EMOTIVE PIANO SCORES | SR0000714964 | CarecoTV |
| V MAX SHO - This is the Game Changer | https://www.youtube.com/watch?v=oV1VbOUXDtk | Nice Callards | CLASSIC ROCK - Geoff Whitehorn | SR0000305812 | Yamaha and CarecoTV |
| Handgun Hunting with Smith Wesson Performance Center 460XVR | https://www.youtube.com/watch?v=KKkcuzGt3tw | No Man's Land | COURTS, RACETRACKS AND ARENAS VOL. 2 | SR0000761118 | Yamaha and CarecoTV |
| This Buck went 5 yards after the shot | https://www.youtube.com/watch?v=aULWz5-laBw | No Man's Land | COURTS, RACETRACKS AND ARENAS VOL. 3 | SR0000761119 | Yamaha and CarecoTV |
| Falling in Love with Handguns for Whitetails and Follow Your Compass - | https://www.youtube.com/watch?v=mPae0ZZUKIo | No Man's Land | COURTS, RACETRACKS AND ARENAS VOL. 4 | SR0000761120 | Yamaha and CarecoTV |
| How do you get a nickname like Ole Two Shot....You miss twice often! | https://www.youtube.com/watch?v=UR1uHbqoQxE | No Man's Land | COURTS, RACETRACKS AND ARENAS VOL. 5 | SR0000761121 | Yamaha and CarecoTV |
| Hunting The Sheep Bluff For Whitetail | https://www.youtube.com/watch?v=ml0hgxoR6w0 | No Man's Land | COURTS, RACETRACKS AND ARENAS VOL. 6 | SR0000761122 | Yamaha and CarecoTV |
| Special Guests Arrive at Yamaha Whitetail Diaries Camp - | https://www.youtube.com/watch?v=EPs3JOLUiXM | No Man's Land | COURTS, RACETRACKS AND ARENAS VOL. 7 | SR0000761123 | Yamaha and CarecoTV |
| Let's Deer Hunt | https://www.youtube.com/watch?v=FTfXZ7VpAVU | No Man's Land | COURTS, RACETRACKS AND ARENAS VOL. 8 | SR0000761124 | Yamaha and CarecoTV |
| A Texas Double - It Doesn't Get Much Better For Any Hunter - | https://www.youtube.com/watch?v=IokHsbY6GaY | No Man's Land | COURTS, RACETRACKS AND ARENAS VOL. 9 | SR0000761125 | Yamaha and CarecoTV |

| Title | URL | Composition | Album | SR Number | Owner |
|---|---|---|---|---|---|
| Let's Deer Hunt - 1707 | https://www.youtube.com/watch?v=2G7pdypUZaU | No Man's Land | COURTS, RACETRACKS AND ARENAS VOL. 10 | SR0000761126 | Yamaha and CarecoTV |
| Answering Questions About Whitetail Hunting! - | https://www.youtube.com/watch?v=JmuGsH044GM | No Man's Land | COURTS, RACETRACKS AND ARENAS VOL. 11 | SR0000761127 | Yamaha and CarecoTV |
| Lucky or Good You Be the Judge | https://www.youtube.com/watch?v=H77GjM77MbI | No Man's Land | COURTS, RACETRACKS AND ARENAS VOL. 12 | SR0000761128 | Yamaha and CarecoTV |
| As the 2022 Supercross series comes to its thrilling conclusion, the most dominant team in moto—Monster Energy® Yamaha Star Racing—caps off another incredible season with two fresh titles for the trophy case. #Yamaha #bLUcRU #victorYZone #SupercrossLive #DropTheGate | http://www.instagram.com/p/CdoTwEksT5R | Passionate Epic Theme | EPIC THEMES | SR0000840805 | Yamaha |
| 2022 Yamaha Presents: Beyond the Gate Ep. 7 | https://www.youtube.com/watch?v=OY3wU6Md-9E | Passionate Epic Theme | EPIC THEMES | SR0000840806 | Yamaha |
| Yamaha V MAX SHO Comparison | https://www.youtube.com/watch?v=u7kwr7-_fhU | Power Gear | Adrenaline | SR0000290162 | Yamaha |
| Discover VMAX SHO Demo Tour | https://www.youtube.com/watch?v=SkPfoSwz3Kc | Rock Slide | ROCK CAFE USA - RICHARD GILKS | SR0000248178 | Yamaha |
| JP Before heading to Suzuka, Alex Lowes #22 Official and Michael van der Mark visited the Atsuta shrine in Nagoya to inscribe their wish for a fifth consecutive Suzuka 8 Hour win on a Japanese ema or picture horse, which was then left at the shrine for the Kami or spirits. Once done, the two riders then headed off to enjoy Yakiniku for lunch… #YamahaFactoryRacing | #WeR1 | #8tai | http://www.facebook.com/yamaharacingcom/videos/401744540685563/ | Samurai Sigh | FOCUS ON THE WORLD | SR0000638924 | Yamaha |
| Yamaha Elite Series Pro Dean Rojas shows what it's like to spend a day on his Skeeter Boat powered by the new Yamaha 4.2 liter four stroke 250 HP V MAX SHO. | http://www.facebook.com/yamahaoutboards/videos/641299528644/ | Texas Twister | ROCK CAFE USA - RICHARD GILKS | SR0000248178 | Yamaha |
| Yamaha V MAX SHO - A Day in the Life | https://www.youtube.com/watch?v=hJMX04eAqW0 | Texas Twister | ROCK CAFE USA - RICHARD GILKS | SR0000248179 | Yamaha |
| The Yamaha YZ: 50 Years of Building Better Machines - 2024 Yamaha YZ 50th Anniversary Lineup | https://www.youtube.com/watch?v=PnD2tAAjlWo | Breackneck | CEZ-4271 STREET SPORTS | SR0000960211 | Yamaha |
| Adventure to the Max - 2024 Yamaha Wolverine RMAX Family | https://www.youtube.com/watch?v=czFxN4al15Q | Hat Trick | LQC-0043 OVERDRIVE: HARD HITTING HYBRID TRAILERS | SR0000883354 | Yamaha |
| 2024 RMAX Family | https://www.youtube.com/watch?v=vsPOe-BTd1I | Hat Trick | LQC-0043 OVERDRIVE: HARD HITTING HYBRID TRAILERS | SR0000883354 | Yamaha |
| Adventure to the Max - 2024 Yamaha Wolverine RMAX Family | https://www.youtube.com/watch?v=Wb71ltugOr4 | Hat Trick | LQC-0043 OVERDRIVE: HARD HITTING HYBRID TRAILERS | SR0000883354 | Yamaha |

| | | | | | |
|---|---|---|---|---|---|
| Setting the industry benchmark for capability, comfort and confidence, Yamaha's Proven Off-Road lineup of 2024 Wolverine RMAX 1000 Side-by-Sides feature class-leading power, unmatched interior quality and terrain-conquering capability designed to maximize your adventure. https://yamaha.us/3EgT8rd<br><br>#Yamaha #RMAX1000 #RMAX2 #RMAX4 #RMAX2Sport #ProvenOffRoad #REALizeYourAdventure #AssembledInUSA #Yamaha10YearBelt | http://www.facebook.com/YamahaOutdoors/videos/845188560303567/ | Hat Trick | LQC-0043 OVERDRIVE: HARD HITTING HYBRID TRAILERS | SR0000883354 | Yamaha |
| Setting the industry benchmark for capability, comfort and confidence, Yamaha's Proven Off-Road lineup of 2024 Wolverine RMAX 1000 Side-by-Sides feature class-leading power, unmatched interior quality and terrain-conquering capability designed to maximize your adventure.<br><br>#Yamaha #RMAX1000 #RMAX2 #RMAX4 #RMAX2Sport #ProvenOffRoad #REALizeYourAdventure #AssembledInUSA #Yamaha10YearBelt | http://www.instagram.com/p/CvaHj-zMfMh_ | Hat Trick | LQC-0043 OVERDRIVE: HARD HITTING HYBRID TRAILERS | SR0000883354 | Yamaha |
| Setting the industry benchmark for capability, comfort and confidence, Yamaha's Proven Off-Road lineup of 2024 Wolverine RMAX 1000 Side-by-Sides feature class-leading power, unmatched interior quality and terrain-conquering capability designed to maximize your adventure.<br><br>#Yamaha #RMAX1000 #RMAX2 #RMAX4 #RMAX2Sport #ProvenOffRoad #REALizeYourAdventure #AssembledInUSA #Yamaha10YearBelt | http://www.instagram.com/p/Cvcy9OgNaAb_ | Hat Trick | LQC-0043 OVERDRIVE: HARD HITTING HYBRID TRAILERS | SR0000883354 | Yamaha |
| Setting the industry benchmark for capability, comfort and confidence, Yamaha's Proven Off-Road lineup of 2024 Wolverine RMAX 1000 Side-by-Sides feature class-leading power, unmatched interior quality and terrain-conquering capability designed to maximize your adventure. https://yamahamotorsports.com/models.php?action=lineup&line=side-by-side<br><br>#Yamaha #RMAX1000 #RMAX2 #RMAX4 #RMAX2Sport #ProvenOffRoad #REALizeYourAdventure #AssembledInUSA #Yamaha10YearBelt | http://www.facebook.com/yamahamotorusa/videos/298103026075284/ | Hat Trick (No Melody Version) | LQC-0043 OVERDRIVE: HARD HITTING HYBRID TRAILERS | SR0000883354 | Yamaha |

| Description | URL | Track | Library | SR Number | Owner |
|---|---|---|---|---|---|
| Setting the industry benchmark for capability, comfort and confidence, Yamaha's Proven Off-Road lineup of 2024 Wolverine RMAX 1000 Side-by-Sides feature class-leading power, unmatched interior quality and terrain-conquering capability designed to maximize your adventure. https://yamahamotorsports.com/models.php?action=lineup&line=side-by-side #Yamaha #RMAX1000 #RMAX2 #RMAX4 #RMAX2Sport #ProvenOffRoad #REALizeYourAdventure #AssembledInUSA #Yamaha10YearBelt | http://www.facebook.com/yamahamotorusa/videos/247317831456028/ | Hat Trick (No Melody Version) | LQC-0043 OVERDRIVE: HARD HITTING HYBRID TRAILERS | SR0000883354 | Yamaha |
| The 2020 XT-R Edition Lineup! #yamaha #yxz #yxz1000r #wolverine #grizzly700 #atv #sxs #utv #utvlife #atvlife | https://www.tiktok.com/@yamahaoutdoors/video/6761817883820526853 | Jab Cross Hook - Main | POPM-0018 BLUNT FORCE TRAUMA | SR0000928484 | Yamaha |
| Boating magazine's Morgen Burchell reviews the Yamaha JetBlaster, the latest edition to the Yamaha Freestyle Series. New to the Yamaha WaveRunner line in 2022 is the fun and exciting JetBlaster that delivers a playful, freestyle riding experience like no other sitdown watercraft before. The three elements that make the JetBlaster so much fun to ride are its raised, lightweight performance handlebars, foot chocks placed where the footwells meet the stern, and a custom-tuned electric trim that allows the rider to tailor the riding characteristics of the watercraft. #2022YamahaWaveRunners #JetBlaster #YamahaFreestyle #Yamaha | http://www.instagram.com/p/CUFXz3zj_-8 | Living For Now | BTV-0267 Anthemic Indie | SR0000930963 | Yamaha |
| Docking or not, Helm Master makes it easy! Sea Hunt Boat Company | http://www.facebook.com/YamahaOutboards/videos/522988208412628/ | Mystical | GUM-7145 Indie Pop Vol 2 | SR0000974293 | Yamaha |
| Pure Sport, Pure Thrills - 2024 Yamaha Sport ATVs | https://www.youtube.com/watch?v=hqOxVgNGyAo | Rhythmic Momentum | LEM-0282 Cinematic Percussion Volume 2 | SR00000963179 | Yamaha |
| Pure Sport, Pure Thrills - 2024 Yamaha Sport ATVs | https://www.youtube.com/watch?v=yfgPuXznGiw | Rhythmic Momentum | LEM-0282 Cinematic Percussion Volume 2 | SR00000963179 | Yamaha |
| | http://www.facebook.com/G3Boats/videos/1147333737215300/ | Rockfunk 29 | SCD-0314 Rockbusters | SR0000178943 | Yamaha |
| The Sportsman Series all-aluminum all-welded fishing machines continue to exceed expectations of anglers everywhere, thanks to their unique and versatile layouts. Sportsman models are available in: Charcoal, Midnight Blue, White or Mossy Oak® Shadow Grass® or Break-Up® color options. #G3Boats #Boats #Lake #Fishing #Yamaha | http://www.facebook.com/reel/1706841569835005 | Swag Rock | ROCK-0252 SWAG ROCK | SR0000967718 | Yamaha |

| | | | | | |
|---|---|---|---|---|---|
| The Sportsman Series all-aluminum all-welded fishing machines continue to exceed expectations of anglers everywhere, thanks to their unique and versatile layouts. @boatingmagazine Sportsman models are available in: Charcoal, Midnight Blue, White or Mossy Oak® Shadow Grass® or Break-Up® color options. #G3Boats #Boats #Lake #Fishing #Yamaha | http://www.instagram.com/p/CyOsUADuOnY | Swag Rock | ROCK-0252 SWAG ROCK | SR0000967718 | Yamaha |
| The Angler V series by #G3Boats 🚤 @boatingmagazine #AluminumBoat #Boat #Boating | http://www.facebook.com/reel/656049356662258 | Fearless Rock | KOS-0729 Rock Driver | SR0000970881 | Yamaha |
| The Angler V series by #G3Boats 🚤 @boatingmagazine #AluminumBoat #Boat #Boating | http://www.instagram.com/p/CyRyqmArOXc | Fearless Rock | KOS-0729 Rock Driver | SR0000970881 | Yamaha |