Douglas L. Johnson (SBN 209216)
Frank R. Trechsel (SBN 312199)
Hunter S. Litterio (SBN 358806)
**JOHNSON & JOHNSON LLP**
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone: (310) 975-1080
Facsimile: (310) 975-1095
Email: djohnson@jjllplaw.com
ftrechsel@jjllplaw.com
hlitterio@gmail.com

*Attorneys for Plaintiff*
ASSOCIATED PRODUCTION MUSIC LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION**

ASSOCIATED PRODUCTION MUSIC LLC, a New York limited liability company,

Plaintiff,

vs.

YAMAHA MOTOR CORPORATION - USA, a California corporation, CARECOTV LLC, a Texas limited liability company, and DOES 1–10 inclusive,

Defendant.

CASE NO.: 8:25-CV-00509-SRM-ADS

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF ASSOCIATED PRODUCTION MUSIC, LLC AND CARECOTV, LLC**

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Please take notice that Plaintiff Associated Production Music LLC ("APM") and Defendant CarecoTV, LLC ("CarecoTV") have reached a settlement in principle resolving all claims between them in the above-captioned action. The parties are presently working to finalize and execute a written settlement agreement.

Accordingly, APM respectfully notifies the Court that CarecoTV's pending Motion to Dismiss (Dkts. 36-37, 39), currently under submission, no longer requires resolution by the Court as to CarecoTV, and APM respectfully requests that the Court decline to render an opinion on that motion. The parties anticipate filing a stipulation of dismissal with prejudice as to CarecoTV within forty-five (45) days.

This notice does not affect, and the action shall continue as to, the remaining Defendant Yamaha Motor Corporation – USA.

Dated: May 26, 2026

**JOHNSON & JOHNSON LLP**
By *<u>/s/ Frank R. Trechsel</u>*
Douglas L. Johnson
Frank R. Trechsel
Hunter S. Litterio
*Attorneys for Plaintiff*